IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CASE NO.  3:05-cr-046-F |
| | ) |
| JERRY SCOTT MINOR | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Opposition (Doc. #40) to the Recommendation of the Magistrate Judge filed on October 28, 2005 is overruled;

(2)  The Recommendation of the Magistrate Judge (Doc. #38) entered on October 18, 2005  is adopted;

(3)  The defendant's Motion to Suppress (Doc. #31) is DENIED.

DONE this 2nd day of November, 2005.

                                                               /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE