IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 3:05cr46-LSC |
| | ) | |
| JERRY SCOTT MINOR | ) | |

ORDER

Upon consideration of the Motion for Leave to Dismiss the Indictment (Doc. 76) as to Jerry Scott Minor, heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted and the Indictment (Doc. 3) entered on February 11, 2005 is dismissed with prejudice.

Done this 17th day of July 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019